| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ANIL BHARTIA, Esq.<br>SYNDICATE LEGAL<br>6303 OWENSMOUTH AVE., FL 10<br>Woodland Hills, CA 91367<br>Tel: 888.552.6272 Fax: 818.739.2041<br>SBN 258483 CA<br>Email: ab3@syndicatelegal.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Arpie Margaret Ohanesian<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: Feb. 15. 2019        Arpie Margaret Ohanesian        /s/ Arpie Ohanesian
                           Printed name of Debtor 1          Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 2                     F 1002-1.EMP.INCOME.DEC



## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Feb 1, 2019 | $2,044.00 | 2 |

## Deposit Slip

## Check



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 263 | $2,000.00 | | |

## Check

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| Not available | $44.00 | | |



## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Jan 18, 2019 | $2,000.00 | 1 |

## Deposit Slip

## Check



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 258 | $2,000.00 | | |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender



## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Dec 14, 2018 | $2,000.00 | 1 |

## Deposit Slip

## Check



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 247 | $2,000.00 | | |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE
Printed from Chase Personal Online

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Jan 9, 2019 | $1,000.00 | 1 |

## Deposit Slip

## Check



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 255 | $1,000.00 | | |

JPMorgan Chase Bank, N.A. Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

**CHASE**
Printed from Chase Personal Online

**Deposit Overview**

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Dec 31, 2018 | $2,050.00 | 2 |

**Deposit Slip**

**Check**



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 254 | $2,000.00 | | |

**Check**

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 249 | $50.00 | | |